# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RICHARD K., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00145-JDL |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

The United States Magistrate Judge, John C. Nivison, filed his Recommended Decision (ECF No. 16) on Richard K.'s Period of Disability and Disability Insurance Benefits appeal with the Court on September 5, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2018) and Fed. R. Civ. P. 72(b). The time within which to file objections expired on September 19, 2018, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 16) of the Magistrate Judge is hereby **ACCEPTED** and the Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**Dated this 11th day of October, 2018.**

                                          **/s/ Jon D. Levy**
                                          **U.S. DISTRICT JUDGE**